**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES MOSLEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-0504** |
| | : | |
| **BRIAN YOUNG,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 19th day of March, 2024, upon consideration of Plaintiff James

Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2)

it is **ORDERED** that:

1.   Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.   The Complaint is **DEEMED** filed.

3.   The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject

matter jurisdiction for the reasons in the Court's Memorandum.

4.   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**MIA R. PEREZ, J.**